# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**KEVIN SHELTON**                                                                                              **PLAINTIFF**

**V.**                             **CASE NO. 5:19-CV-190-KGB-BD**

**ESTELLA BLAND and**
**CORRECT CARE SOLUTIONS**                                                      **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.      Procedure for Filing Objections:**

This Recommended Disposition (Recommendation) has been sent to Judge Kristine G. Baker. Objections to the Recommendation must be received in the office of the Court Clerk within 14 days of this Recommendation. If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record. In the absence of objections, findings of fact may not be subject to appeal.

**II.     Discussion:**

Every Richardson, an Arkansas Department of Correction (ADC) inmate, filed a civil rights lawsuit on behalf of himself, James McAlphin, and the Estate of Kevin Shelton, who is apparently deceased. (Docket entry #1) Pursuant to court rules, the Clerk of Court opened separate cases for each Plaintiff.

Mr. Richardson has no standing to bring claims on behalf of Mr. Shelton or Mr. Shelton's estate. He may bring claims only for the alleged violation of his own federally protected rights. *See, e.g.*, *Martin v. Sargent*, 780 F.2d 1334, 1336 (8th Cir. 1985) ("[a] prisoner cannot bring claims on behalf of other prisoners").

## III. Conclusion:

The Court recommends that this lawsuit be DISMISSED, without prejudice, this 5th day of June, 2019.

_____
UNITED STATES MAGISTRATE JUDGE