THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KEVIN SHELTON                                                                                      PLAINTIFF

v.                                    Case No. 5:19-cv-00190-KGB

ESTELLA BLAND and CORRECT CARE SOLUTIONS                           DEFENDANTS

## ORDER

Before the Court is the Recommendation Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 2). No objections have been filed, and the deadline for filing objections has since passed. After careful consideration, the Court finds no reason to alter or reject Judge Deere's recommendation.

Therefore, the Court adopts the Recommended Disposition in its entirety as this Court's findings of fact and conclusions of law (Dkt. No. 2). It is ordered that this action be dismissed without prejudice.

It is so ordered this 23rd day of January, 2020.

                                                Kristine G. Baker
                                                United States District Judge