THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KEVIN SHELTON**                                                                                **PLAINTIFF**

**v.**                 **Case No. 5:19-cv-00190-KGB**

**ESTELLA BLAND and CORRECT CARE SOLUTIONS**           **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this action is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 23rd day of January, 2020.

_____
Kristine G. Baker
United States District Judge